**WO**                                                                                             JDN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 05-0031-PHX-MHM |
| Plaintiff, ) | No. CV 05-3868-PHX-MHM (JCG) |
| v. ) | **ORDER** |
| Apolinar Godinez-Montano, ) | |
| Defendant/Movant. ) | |

Movant has filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Dkt. #24). Upon the filing of the motion, the Court sent to Movant the Notice of Assignment confirming the case number and assignment, and warning Movant to notify the Court of any address changes. The Notice of Assignment was subsequently returned in the mail (Dkt. #25). After research, Movant's new address was found to be the Northeast Ohio Correctional Institution in Youngstown, Ohio. Because Movant did not receive the initial warning regarding the need to notify the Court if he was transferred, and given that a § 2255 motion must be filed within one year from the date of judgment, the Court will provide Movant with an opportunity to correct his Motion which was filed without his signature.

**A.    Motion Is Not Signed**

Rule 11 of the Federal Rules of Civil Procedure requires all pleadings to be signed. In addition, Rule 3.5(a) of the Local Rules of Civil Procedure specifically requires that

**JDDL**

Motions to Vacate be signed by the petitioner. The Motion filed in this action has not been signed. Accordingly, Movant will be given 30 days to file a completed and signed Certificate (as attached), certifying that Movant's signature on the Certificate shall serve as an original signature on his Motion for the purposes of Rule 11 of the Federal Rules of Civil Procedure, and Rule 3.5(a) of the Local Rules of Civil Procedure.

**B.     Warning of Possible Dismissal**

Movant should take notice that if he fails to file the required Certificate within 30 days of the date this Order is filed, the Motion will be stricken pursuant to Rule 11(a), Fed. R. Civ. P., ("unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party"), and the action dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir. 1992).

**C.     Warnings**

*1. Address Changes*

Movant must file and serve a notice of a change of address 10 days before the move is effective, if practicable. See LRCIV 83.3(d). Movant shall not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal.

*2. Copies*

Movant must serve Respondent, or counsel if an appearance has been entered, a copy of every document that he files. FED. R. CIV. P. 5(a). Each filing must be accompanied by a certificate stating that a copy of the filing was served. FED. R. CIV. P. 5(d). Also, Movant must submit an additional copy of every filing for use by the Court. LRCIV 5.4. The Court may strike any filing that fails to comply with these requirements.

*3. Possible dismissal*

Movant is warned that failure to timely comply with every provision of this Order, including these warnings, may result in dismissal of this action without further notice. See Ferdik, 963 F.2d at 1260-61 (9th Cir. 1992) (district court may dismiss action for failure to comply with any order of the Court).

**IT IS THEREFORE ORDERED**:

(1) That within 30 days of the date this Order is filed, Movant shall file a completed and signed Certificate on the form provided with this Order, certifying that Movant's signature on the Certificate shall serve as an original signature on his Motion for the purposes of Rule 11 of the Federal Rules of Civil Procedure Rule 3.5(a) of the Local Rules of Civil Procedure.

(2) That the Clerk of the Court shall strike the Motion and enter dismissal of the civil action associated with this action without prejudice and without further notice to Movant, if within 30 days from the date this Order is filed, Movant fails to file the signed Certificate; and

(3) That the Clerk of the Court is directed to provide Movant with a copy of the Motion filed on December 1, 2005 (Dkt. #24). Movant must return the copy of the Motion with his Certificate.

DATED this 19th day of May, 2006.

_____
Mary H. Murguia
United States District Judge

**JDDL**

- 3 -

1
2
3  (Movant's name and address)

4
5  **IN THE UNITED STATES DISTRICT COURT**
6  **FOR THE DISTRICT OF ARIZONA**

7  United States of America,            )
                                        )  CR 05-0031-PHX-MHM
8           v.                          )
                                        )  CV 05-3868-PHX-MHM (JCG)
9  Apolinar Godinez-Montano,            )
                                        )  **CERTIFICATE OF SIGNATURE**
10                                      )
            Movant.                     )
11 _____)

12      I hereby certify that I have read the Motion to Vacate, Set Aside, or Correct
13 Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by me on
14 December 1, 2005, and that to the best of my knowledge, information, and belief, formed
15 after an inquiry reasonable under the circumstances: (1) it is not being presented for any
16 improper purpose, such as to harass or to cause unnecessary delay or needless increase in
17 the cost of litigation, (2) the claims, defenses, and other legal contentions therein are
18 warranted by existing law or by a nonfrivolous argument for the extension, modification,
19 or reversal of existing law or the establishment of new law, (3) the allegations and other
20 factual contentions have evidentiary support or, if specifically so identified, are likely to
21 have evidentiary support after a reasonable opportunity for further investigation or
22 discovery, and (4) the denials of factual contentions are warranted on the evidence or, if
23 specifically so identified, are reasonably based on a lack of information or belief.  I
24 further certify that my signature on this document shall serve as an original signature on
25 the above referenced Motion for the purposes of Rule 11 of the Federal Rules of Civil
26 Procedure and LRCiv 3.5(a).
27          Executed on this _____ day of _____, 2006.
28

**JDDL**

1
2
                                                                                                                      _____
Movant's Signature

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28